IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
NORTHERN DIVISION

**DANNY FOSTER**
ADC #169352                                                            PLAINTIFF

v.                          No. 3:25-cv-83-DPM-ERE

**DEXTER PAYNE**, Director, ADC;
**CHRISTOPHER BUDNIK**, Warden,
Grimes Unit, ADC; **CLAUDIA HARRIS**,
Deputy Warden, Grimes Unit, ADC; and
**PERRY JACKSON**, Chaplain, Grimes
Unit, ADC                                                              DEFENDANTS

## ORDER

Unopposed partial recommendation, *Doc. 24*, adopted. Fed. R. Civ. P. 72(b) (1983 addition to advisory committee notes). Motion for summary judgment on exhaustion, *Doc. 14*, denied.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

5 December 2025