# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

**DANNY FOSTER**                                                                        **PLAINTIFF**
**ADC #169352**

V.                          NO. 3:25-cv-83-DPM-ERE

**DEXTER PAYNE,** *et al.*                                                              **DEFENDANTS**

## ORDER

*Pro se* plaintiff Danny Foster has filed a motion requesting information on how to conduct written discovery. *Doc. 29*. The motion is granted.

Written discovery under the Federal Rules of Civil Procedure may include interrogatories (Rule 33); requests for production of documents (Rule 34); and requests for admission (Rule 36). Discovery requests must be both relevant to a claim or defense and "proportional to the needs of the case." See FED. R. CIV. P. 26(b)(1) (defining the scope of discovery). Mr. Foster is advised to consult the Federal Rules of Civil Procedure referenced above for further guidance regarding written discovery.

In addition, as previously explained, discovery requests should not be filed with the Court. Rather, Mr. Foster should send his written discovery requests directly to counsel for Defendants: Rosalyn L. Middleton, Arkansas Attorney General's Office, 101 West Capitol Avenue, Little Rock, Arkansas 72201.

Finally, it generally is not necessary to include exhibits in discovery requests.

IT IS HEREBY ORDERED THAT Mr. Foster's motion for order (*Doc. 29*) is GRANTED.

SO ORDERED 29 December 2025.

_____
UNITED STATES MAGISTRATE JUDGE