# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

**DANNY FOSTER**                                                    **PLAINTIFF**
**ADC #169352**

**V.**                        **NO. 3:25-cv-83-DPM-ERE**

**DEXTER PAYNE,** *et al.*                                          **DEFENDANTS**

## ORDER

*Pro se* plaintiff Danny Foster has filed a motion for clarification of Defendant's Statement of Undisputed Material Facts. *Doc. 44*. His motion references citations from the document and asks: "And why did the Defendants send me the plaintiffs exhibits of 2 of." I am unclear what information Mr. Foster seeks.

IT IS THEREFORE ORDERED THAT:

1.      Mr. Foster's motion for clarification (*Doc. 44*) is DENIED.

2.      If Mr. Foster has a specific question regarding the evidence attached to Defendants' motion for summary judgment, he may file another motion for clarification.

3.      Mr. Foster is reminded that his response to Defendants' motion for summary judgment is due by June 15, 2026 (*Doc. 43*).

SO ORDERED 4 June 2026.

_____
UNITED STATES MAGISTRATE JUDGE