## IN THE UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF ARKANSAS
### NORTHERN DIVISION

**DANNY FOSTER**                                                                    **PLAINTIFF**
**ADC #169352**

**V.**                        **NO. 3:25-cv-83-DPM-ERE**

**DEXTER PAYNE,** *et al.*                                                          **DEFENDANTS**

## ORDER

*Pro se* plaintiff Danny Foster has filed a motion asking several questions about certain missing "documents" filed by Defendants. *Doc. 52*.

In a previous Order filed on June 26, 2026, I instructed the Clerk to provide Mr. Foster a copy of docket entry #38 in response to him advising the Court that he had not received copies of several pages of that document. *Doc. 51*. I assume those are the missing documents referred to in Mr. Foster's pending motion. If not, Mr. Foster is free to file another motion, but if so, he should reference any document he has questions about by docket number. For that purpose, I am providing him with a current copy of the docket sheet.

IT IS THEREFORE ORDERED THAT Mr. Foster's motion (*Doc. 52*) is DENIED, as moot. The Clerk is directed to send Mr. Foster a copy of the docket sheet.

DATED 30 June 2026.

_____
UNITED STATES MAGISTRATE JUDGE