## IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**DANNY FOSTER**                                                                                    **PLAINTIFF**
**ADC #169352**

**V.**                                               **NO. 3:25-cv-83-DPM-ERE**

**DEXTER PAYNE,** *et al.*                                                                      **DEFENDANTS**

## ORDER

On June 26, 2026, I instructed Defendants to supplement their motion for summary judgment to include any information regarding specific provisions included in a memorandum amending the Arkansas Division of Correctio Inmate Correspondence Policy. *Doc. 51*. Defendants have now filed their supplement to their motion for summary judgment, including a supplemental statement of undisputed facts. *Docs. 54, 54-3*.

IT IS THEREFORE ORDERED THAT:

1.      *Pro se* plaintiff Danny Foster has until **July 17, 2026**, to respond to Defendants' supplemental briefing.

2.      Mr. Foster is advised that the failure to timely and properly file a response and a supplemental statement of disputed facts may result in: (1) all the facts in Defendants' supplemental statement of undisputed facts being deemed admitted, pursuant to Local Rule 56.1(c); and (2) the possible dismissal of this action, without prejudice, pursuant to Local Rule 5.5(c)(2).

SO ORDERED 1 July 2026.

_____
UNITED STATES MAGISTRATE JUDGE