**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**DANNY FOSTER** **PLAINTIFF**
**ADC #169352**

**V.** **NO. 3:25-cv-83-DPM-ERE**

**DEXTER PAYNE, *et al.*** **DEFENDANTS**

# ORDER

*Pro se* plaintiff Danny Foster has filed a motion for a status update. *Doc. 61*. At this time, Defendants' motion for summary judgment remains pending. *Doc. 36*.

IT IS THEREFORE ORDERED THAT:

1. Mr. Foster's motion for a status update (*Doc. 61*) is GRANTED.

2. The Clerk is instructed to send Mr. Foster a copy of the docket sheet for this lawsuit, along with a copy of this Order.

DATED 26 August 2026.

UNITED STATES MAGISTRATE JUDGE