**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**DANNY FOSTER**
**ADC #169352** **PLAINTIFF**

**v.** **No. 3:25-cv-83-DPM**

**DEXTER PAYNE, Director, ADC; CHRISTOPHER BUDNIK, Warden, Grimes Unit, ADC; CLAUDIA HARRIS, Deputy Warden, Grimes Unit, ADC; and PERRY JACKSON, Chaplain, Grimes Unit, ADC** **DEFENDANTS**

## ORDER

On *de novo* review, the Court adopts the recommendation, *Doc. 63*, and overrules Foster's objections, *Doc. 64*. Fed. R. Civ. P. 72(b)(3). Foster's frustration is understandable. It is unfortunate that he isn't receiving the church magazines, which are a comfort to him. But there isn't a genuine dispute about whether the magazine policy has substantially burdened his ability to practice his religion. It hasn't. *Patel v. U.S. Bureau of Prisons*, 515 F.3d 807, 814 (8th Cir. 2008).

Motion for summary judgment, *Doc. 36*, granted. Foster's claims will be dismissed with prejudice. Any *in forma pauperis* appeal would not be taken in good faith. 28 U.S.C. § 1915(a)(3).

So Ordered.

D.P. Marshall Jr.
United States District Judge

27 October 2026