**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**NORTHERN DIVISION**

**DANNY FOSTER**
**ADC #169352** **PLAINTIFF**

**v.** **No. 3:25-cv-83-DPM**

**DEXTER PAYNE, Director, ADC; CHRISTOPHER BUDNIK, Warden, Grimes Unit, ADC; CLAUDIA HARRIS, Deputy Warden, Grimes Unit, ADC; and PERRY JACKSON, Chaplain, Grimes Unit, ADC** **DEFENDANTS**

# JUDGMENT

Foster's claims are dismissed with prejudice.

D.P. Marshall Jr.
D.P. Marshall Jr.
United States District Judge

27 October 2026